# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 18, 2015

### NO. 03-14-00342-CV

**Sam Houston and Meera Singh, Appellants**

**v.**

**Ally Financial, Inc., Appellee**

## APPEAL FROM 368TH DISTRICT COURT OF WILLIAMSON COUNTY
## BEFORE JUSTICES PURYEAR, PEMBERTON, AND BOURLAND
## AFFIRMED -- OPINION BY JUSTICE PEMBERTON

This is an appeal from the judgment signed by the district court on April 30, 2014. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the district court's judgment. Therefore, the Court affirms the district court's judgment. The appellants shall pay all costs relating to this appeal, both in this Court and the court below.